**THOMASSON v. GRAIN DEALERS MUT. INS. CO.**

[331 N.C. 750 (1992)]

ROY LYNN THOMASSON v. GRAIN DEALERS MUTUAL INSURANCE COM-
PANY v. JOHNNIE M. TILLEY, D/B/A JOHNNIE M. TILLEY PEST CON-
TROL SERVICE, COCKERHAM PEST CONTROL COMPANY

No. 522PA91

(Filed 25 June 1992)

ON petition by defendant Grain Dealers Mutual Insurance Com-
pany for a writ of certiorari pursuant to Rule 21 of the North
Carolina Rules of Appellate Procedure to review the decision of
the Court of Appeals, *Thomasson v. Grain Dealers Mut. Ins. Co.*,
103 N.C. App. 475, 405 S.E.2d 808 (1991), reversing and remanding
an order entered on 17 July 1990 by *Albright, J.*, in Superior
Court, SURRY County. Heard in the Supreme Court 14 May 1992.

*Franklin Smith for plaintiff-appellee.*

*Everett & Everett, by James A. Everett, for defendant-
appellant Grain Dealers Mutual Insurance Company.*

PER CURIAM.

After reviewing the briefs and record and listening to oral
argument, we conclude that defendant's petition was improvidently
allowed.

Discretionary review improvidently allowed.